No. State 146. DRONE, Plaintiff in error, v. STATE, Defendant in error.

(Also reported in 212 N. W. 2d 172.)

For the plaintiff in error the cause was submitted on the brief of *Conrad J. Shearer* and *Ruetz & Shearer,* all of Kenosha.

For the defendant in error the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *Michael R. Klos,* assistant attorney general.

Judgment and order affirmed.